UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

KRISTI LEE ELLISON,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

No.  CV-13-05104-VEB

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED:  November 3, 2014

        SEAN F. McAVOY
        Clerk of Court

        By: *s/Melissa Orosco*
          Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**